Jack Lavell

6523 Lanston Street

San Diego, CA 92111

FILED
08 JUN -3 PM 3:33
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY     CP     DEPUTY

United States District Court

Southern District of California

| | |
|---|---|
| Jack Lavell | ) Case No.: No. '08 CV 0986 W LSP <br> ) Complaint <br> ) Fixture of my paperwork and increase <br> ) Department of Defense budget by court <br> ) order |
| vs. | |
| Department of Defense | |

Dated this 3rd day of June, 2008

Plaintiff alleges:

   I am asking this court to order that all my paperwork get fixed and increase Department of Defense budget.

   The HHC orderly room staff failed by allowing documents to be duplicated in IPERMS and not inputting the proper paperwork. I am implicating SFC Carranco, acting 1st Sergeant, because he is the first line leader and the person directed to fix problems. This has resulted in three problems:

Summary of Pleading - 1

1 correcting DD214, Divorce, and Duplication. For DD214, I hand delivered the
2 supporting documents twice to acting 1st Sergeant throughout the year for a
3 DD215. After about a year I called up to State to check on status. State
4 never received any documentation. It took me seven days to get the DD215 in
5 the mail from call time. Without the DD215, I would not have correct time
6 and personal info that would be looked at by military, VA, unemployment, etc.
7 Not to mention, the number and person was in the S-3 office. My LES has
8 still been showing married with dependent. The first time I was told need
9 divorce decree and the court said I don't need it since dissolution. Then
10 acting 1st Sergeant said I needed an original and the court gave me a copy
11 with certified signature. I believe SFC Carranco did not at all listen to
12 what I said. During January's drill I went to legal to get assistance to
13 remedy the problems. In regard to divorce, legal said the same thing that I
14 said and went and told S-1 who SSgt Riojas answered. My paperwork and what I
15 said was correct under law. I even told S-1 and the orderly room that the
16 State system had me single but federal had me married. When leaving from
17 legal to go work out back I got stopped by acting 1st Sergeant and SSgt
18 Riojas. SSgt Riojas talked with SFC Carranco about my LES. Immediately,
19 acting 1st Sergeant stated, out loud, so everyone could hear that I did not go
20 through the chain of command and questioned me, with an officer next to. The
21 accusation made the officer walk away once false accusation was addressed to
22 me. I told him I did go through chain of command including him. On
23 duplication, it takes a lot more time to go through IPERMS. Before sending
24 up the paperwork for DD 215 to State, IPERM documents got duplicated. The
25 sheer volume of records point to this duplication. I viewed my perms 2007-
12-14. 2007-12-9 is when I sent the fax to State. What got faxed on that

date never got IPERM on the view date. So why is it that for over year nothing changed in IPERMS? But five days after sending the fax, duplicate data appeared on my IPERMS. Now, I am stuck at trying to remove duplicate items. The following documents I state is only for the reason of directly connected to the subject of fixing paperwork having the orderly room as part of that process and the sentences to be looked upon just as that. Three documents that I am sure that have caused resentment are trying to get green on immunization profile, Dental Exam, and Vision Readiness in MEDPROS. Got asked, "You trying to get deployed?" My answer is no, just once again, trying to get the paperwork fixed. A green light means go. Forth document was DA FORM 348, Equipment Operators Qualification Record. Reason for finding out how to get a knew one is have limitations removed since having corrective vision no longer requiring glasses. I have tried once before to have deletion but request denied through IPERMS.

There have been other times where he has abused rank. One incident was walking by unit supply room. He stopped me for no apparent reason. At the end yelled "I don't care". Other situation was at January drill. He basically stated that I was giving another specialist "trash talk", in front of an officer loud enough for others to hear trying to make an example. This was not at all the case. We were just joking around. Another time at chow, a SPC passed by and said hello SGT. The specialist was not in the unit. Acting 1st Sergeant did not correct an officer who mistaking said hello. He only said something like "that's all right sir, that happens". The only reason for bringing this claim up is due to the reason is respect was given but not received. I have tried for over a year to fix our differences and work around them. At times, I have answered his questions but when giving

the answer, he will shut me up before finishing, not liking the answer. The answer is not at all a bullshit answer. Example, is been giving a counseling statement to respond in soldiers section. I agreed with the answer but put down it did not need to be put in writing. He started with a question, not letting me finish one sentence for the answer. Another incident is regarding combat patch. Due to the fact under AR 670-1, it states to this quote "any service member in a designated area of combat operations for more then thirty days is entitled to wear there former service patch as authorized combat patch." Even though that commander has declared another patch in the memorandum, I wear the current patch I have. Reason, because of politics that is why it has a different patch. For MOST OF THE YEAR, 1st COSCOM under 101st Airborne Division for MOST OF THAT YEAR. I told enough times that did not need to be told again, AR 670-1 allows this wear. Also legal said this when I went to ask to get acting 1st Sergeant Corranco to drop the harassment. I did not need to tell him legal's answer because the subject was never heard again once leaving the office. Acting 1st Sergeant Corranco even went to SGT Polanco who said the same thing I said. Reason, SGT Polanco served in the same unit from deployment and I will state in conclusion, due to the evidence provided that, because of my rank, my words mean nothing. I cannot remember the date but, this was in the beginning time frame. I state also that false info has been passed from his clerk, SGT Husbands at times. I make this statement based off just knowing incidents that have happened in the orderly room with acting 1st Sergeant Corranco present and not present only to the reason that this correlates to his abuse of rank. When I have gone down there to get needed paperwork out of my 201 file, and told the reason of correction and, sometimes I asked for unknown info, it has turned to leave

the room.  Leaving the room because I would answer that comes down to the line false statement.  I say all of this because I am stating respect has not happened in the way of improperly being used in these kinds of situations. Ones that do not involve respect such as working around my schedule.

I have to say that acting 1st Sergeant Corranco has done SUTA's with me. That is a fact that cannot be denied and very grateful for.  So far to date I have honored the enlistment contract except one being slotted U for first half of day.

For the NGB 4100-1-R-E I have gotten asked the question a lot of why worry if you are going to become a second lieutenant and told you're non-promotable for not being MOSQ.  It is the belief of "In one day everything can be over." For reason of being an officer, it is the quote I just stated and quote "finish what you started."  Also you have the rank to put a voice in.  I am not looking to use the rank for evil means.  I am looking to use the rank for the means of fighting evil.  I have seen too much a long time ago of wrongfulness in this world.  Both having personal experience and seeing others have the same.  If I would of known what I knew at that time of determining to become an officer, I would already have had my Bachelors in geography and be commissioned a long time ago.  This next sentence starts non-promotable subject.  Even though can not get promoted, the paperwork can be correct for next time.  Because of paperwork mix up I got dropped for 92Y School at one time.  The date was going to be for this month and last month. The paperwork was a PT card.  Because of IPERMS being so long an old PT card was looked at instead of a new PT card that had me passing.  Even SGT Polanco viewed it with me and saw the mistake.  Sometime after that discovery, on January 3, 2008, I received an email regarding conformation of reservation

for 92Y School starting 6/1/2008. Now, being told on January 22, 2008, I am moved into 88M E-4 slot for BSTB. This makes me eligible for promotion but, there is no E-5 slot. I have been reserved for 92Y before this which the process has been extremely difficult for everyone involved. Now I am on the waitlist. I am not volunteering to loose the school due to the amount of work put in. Furthermore, I am declaring to not accept the decision and will challenge this until there is no breath in me. Because, being on waitlist does not guarantee a reservation. It is fine for another year to go by being where I was in S-4. Nobody can know what happened if you are not there as in this case.

    I have spent a total of 16 hours so far of personal time working on the problems both at work site and off work site. Have spent so far 3 hours writing this statement. 4 hours of law research both at downtown library and on my personal laptop just to do the work of a lawyer due to a license even though I have committed no crime or crimes. As well as continuous money and the associated costs that keep on rolling. That's why cannot list because it is continuous. I have also exposed myself more to others health by using public transportation to get to the downtown area due to being on limited income. I also cannot transfer work from home over to office because of the office being encrypted due to new J-6 policy.

    Retirement. These courses of action have questioned my continued employment. I will loose the progress of retirement once fired. If fired, I will have to find a new job that will put me back four years if the time does not carry over. I joined at eighteen. Now I am twenty two. To start all over again is not that easy and reality puts odds against individuals to

bounce back in life. When you start something you finish it. I started my career and intend to finish it.

This situation has caused the problem that nobody wants just making life more difficult, Legal. Individuals who have just tried to fix the problems and individuals who hear about this have become directly involved such as individuals in the chain of command, IG complaint and Federal Court that will be done after this briefing with full bird Colonel Grim. Statistic puts it that family's get torn apart in the legal system. I have been the one who is directly involved. Starting an unwanted lifelong court battle that odds put against being able to succeed in life as this is the last resort after this meeting with full bird colonel Grim. This also just keeps diminishing my chance to get a security clearance. It furthermore hinders ability to succeed at life not being incarcerated and chances of getting other then honorable discharge increased.

January 25, 2008. Full bird colonel Grim has denied my request to see me this date since being here at 1400. The purpose of it, was to put pressure on State so it wouldn't get bigger. He has directed for MSG Hicks to be my voice with acting 1st Sergeant Corranco. He has also directed that it be handled level below him. This has resulted in a meeting with MSG Hicks accompany with acting 1st Sergeant Corranco. This meeting has resulted in asked for me to hold of legal action until February's drill if not fixed due to new info discovered before this date. I have accepted this request. I would like to point out that acting 1st Sergeant Corranco during this meeting interrogated me about my health during combat tour in the way such as "racial" profiling if I was black. This occurred when I answered repetitive

questions with same answer. It was intended to be an escape goat for him knowing I have been cleared medically.

My credibility has greatly been destroyed due to false rumors being passed around and animosity. The person I am claiming for this is acting 1st Sergeant. There are enough times that he has used the rank to make false statements. He will say things in front of individuals and groups. He will put blame on me during those situations hiding behind the rank. His attitude has constituted both harassment and discrimination. Harassment for his false statements and discrimination by abusing rank. I feel like a criminal when all I have been trying to do is fix my file for a whole year because of not knowing the information before. I have followed the chain of command with respect to the level I am at now and will continue to follow while wearing the uniform as governed. Individuals in S-1 and orderly room are the ones that failed. I am declaring acting 1st Sergeant Carranco has committed false statements, abuse of rank, discriminative and harassment charges.

February 9, 2008. The reason for bringing up this date is because the conversations that happened got dramatically misinterpreted damaging once again chances to be promoted. Purpose of conversation was to put input for budget increase. Sacramento, meaning State capital personal, was there.

March 9, 2008. 1st Sergeant Tufi statement before being dismissed regarding police investigation portrayed me as a criminal even if coworkers didn't know who that person was. The investigation cleared me of any wrong doing and even the officer agreed it was unnecessary due to being blown out of proportion. This is exactly what I told 1st Sergeant when he asked me about it. This date is also when ex-acting 1st Sergeant got relieved of his position and believe SGT Husbands was no longer unit readiness NCO.

April 6, 2008. 1st Sergeant Tufi had an E-4 meeting and below. The CO was briefly there. He basically said were here to help you. 1st Sergeant Tufi literally admitted wrong in his speech that had been done to an enlisted soilder except without my name and what benefits an enlisted soilder has. I asked to be dismissed but denied de to what he started to say.

The only reason for doing an IG complaint is so work cannot state I didn't do their procedure.

One final point is that two things have been broken, Army Values and Constitution. Both of these everyone one of us took the oath to uphold this. The Army Values: Loyalty, Duty, Respect, Selfless Service, Honor, Integrity, and personal courage. The Constitution.

This paragraph was isolated due to being one of upmost importance to show again State's budget as well as federal budget has hindered the ability to fix all these problems. Immediate front line supervisors in S-4 have all done their job and beyond. They are MSG Hicks, SGT Polanco, 1st LT Jarvis and Major Rogers.

All of these problems have caused in summary distress from the main individual acting 1st Sergeant Corranco by; slotted U for a morning formation being AWOL, four D's in academic grades, not being on promotion list this year and losing trust of coworkers. I have not at all deliberately tried to have these actions. I have done full timers job. Told "I got it." Obvious that it was never taken care of except by me through the pain I have taken. This has been looked at as a joke not doing the work except by I. Court messes everyone's life up. This is why I never wanted to get involved of any part of the court system. Laws are made for things such as this even though they complicate life more that nobody wants. If blood has been shed for this

Case 3:08-cv-00986-W-LSP   Document 1   Filed 06/03/2008   Page 10 of 12

to allow Justice, and those of us that wear the uniform, then let Justice be served on those who are responsible for the actions even if it is your own coworkers.   It led to a violation of contract by not being in satisfactory status if not declared already.  My life has been turned upsidedown greatly diminishing chances of ultimate goal to get a bachelor degree in geography emphasizing physical science.

Everything in the statement is referring to the situation identified and nothing more.



http://www.fotosearch.com/IMP180/1525r-78118/

"I don't want to end up like this."

*[signature]*
6-3-08

Summary of Pleading - 10

```
            UNITED STATES
            DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
              SAN DIEGO DIVISION

          # 151528      - TC

             June 03, 2008
                15:37:52


           Civ Fil Non-Pris
    USAO #.: 08CV0986
    Judge..: THOMAS J WHELAN
    Amount.:              $350.00 CK
    Check#.: PC2122



        Total-> $350.00


    FROM: JACK LAVELL VS.
          DEPT OF DEFENSE
```

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff **San Diego**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Department of Defense**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED
08 JUN -3 PM 3:08
U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

(c) Attorney's (Firm Name, Address, and Telephone Number)
Jack Lavell
6523 Lanston St
San Diego, CA 92111

Attorneys (If Known)
**'08 CV 0986 W LSP**

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff   J.L.
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State J.L. | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
USC 42 1115 J.L.   32 USC, Section 442
Brief description of cause:
violation of rights when fixing paperwork

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE
DOCKET NUMBER

DATE **May 23, 2008**
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # **151520**   AMOUNT **$350**   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

TAC   6/3/08