# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Jack Lavell

vs

Department of Defense

**SUMMONS IN A CIVIL ACTION**
Case No. '08 CV 0986 W LSP

FILED
08 JUN -3 PM 3:48
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Jack Lavell
6523 Lanston St
San Diego, CA 92111

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 03 2008
DATE

By C. PUTMAN, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

..ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11 34am)